THE CASSAR LAW FIRM, P.C.
By: Christopher J. Cassar, Esq.
Attorneys for Plaintiff
13 East Carver Street
Huntington, New York 11743
(631) 271-6596
cjcassar@cassarlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X     Docket No.:
JAMIE QUILISADIO,

                      Plaintiff,                    **COMPLAINT**

     -against-                            **JURY TRIAL**
                                **DEMANDED**

NYP HOLDINGS, INC., d/b/a NEW YORK POST,
DEIRDRE BARDOLF, JOHN RAY, and
JOHN RAY & ASSOCIATES,

                    Defendants.
-----------------------------------------------------------------X

      The Plaintiff, JAMIE QUILISADIO, by and through her attorneys, THE

CASSAR LAW FIRM, P.C., as and for her Complaint against Defendants

respectfully alleges as follows:

**I.**
**INTRODUCTION**

      1.    This is an action for damages against the Defendants who published a

false and untrue paper Articles and Internet Articles about the Plaintiff and the

Plaintiff's jewelry company. The Defendants published a paper article and internet

article called "Haunting Jewelry named for Gilgo Beach victims featured macabre

1

murder details" in which the Defendants described and depicted the Plaintiff and her jewelry company with untrue and false statements.

2.     Defendants caused the false and defamatory Articles and Internet Articles to be published with knowledge of its falsity of and/or with a reckless disregard for its truth or falsity. Alternatively, the Defendants acted with negligent disregard for the truth.

3.     As a result, Plaintiff has suffered and continues to suffer harm, including but not limited to, damage to her reputation, physical injuries, severe emotional distress, death threats and embarrassment and humiliation for which she is entitled to recover damages.

## II.
## PARTIES

4.     At all times pertinent to the allegations of this Complaint, the Plaintiff, JAMIE QUILISADIO, is a citizen of the United States, resident of the State of New York and County of Suffolk.

5.     The Defendant, NYP HOLDINGS, INC., d/b/a New York Post (hereinafter, "New York Post'), is one of the most widely circulated and influential newspapers in the Country, and it is read each day by millions of people all over the world, including on the Internet. It circulates its newspaper in the State of New York, the Country and internationally.

6.     At all times pertinent to the allegations of this Complaint, the Defendant, DEIRDRE BARDOLF, is a reporter for the New York Post, and while acting within the scope of her employment at the Post, contributed to the publications at issue in this case.

7.     The Defendant, JOHN RAY, is a citizen of the United States, resident of the State of New York and County of Suffolk and engaged in the practice of law and is duly licensed to practice in the State of New York, with offices at 122 North Country Road, Miller Place, New York 11764.

8.     The Defendant, JOHN RAY & ASSOCIATES, engaged in the practice of law with employees who are duly licensed to practice in the State of New York, with offices at 122 North Country Road, Miller Place, New York 11764. The Defendant, JOHN RAY, is the owner and a member of the Defendant, JOHN RAY & ASSOCIATES.

### III.
### JURISDICTION AND VENUE

9.     This Court has complete diversity jurisdiction pursuant to 28 U.S.C. §1332, and the amount of the conflict is over $75,000.00.

10.     Venue is proper in this District under 28 U.S.C. §1391(a) because a substantial part of the events or omissions giving rise to the claims occurred in this District, and Defendants are subject to personal jurisdiction in this District at the time this action is commenced.

## IV.
## FACTS AND CIRCUMSTANCES

11.     Since 2019, the Plaintiff is an owner of a jewelry company known as "jimmytoast." The Plaintiff designed and sold jewelry on the internet on a website.

12.     Between January 2023 and July 2023, the Plaintiff designed jewelry for the "Heavy Metal Project." The "Heavy Metal Project" was joint initiative, created by the hosts of The First Degree Podcast and Long Island based jewelry designer jimmytoast. The "Heavy Metal Project" is dedicated to keeping the Long Island Serial Killer case in the spotlight, putting pressure on law enforcement to solve the case, keeping the memories of these victims alive, and fundraising to benefit the Sex Workers Outreach Project.

13.     One Hundred (100%) of the net profits from sales form the "Heavy Metal Project" was donated to the Sex Workers Outreach Project. SWOP is a social justice network dedicated to the fundamental human rights of people involved in the sex trade and their communities, focusing on ending violence and stigma through education and advocacy.

14.     Between January 2023 and July 2023, the Plaintiff designed jewelry to remember the victims who were murdered on Long Island and found on Gilgo Beach.

15.     The jewelry was designed to remember the victims who were murdered on Long Island and found on Gilgo Beach was referred to as the "Heavy Metal Project."

16.     Between January 2023 and July 2023, the jewelry in the "Heavy Metal Project" was priced between $60.00-$120.00.

17.     The Plaintiff, JAMIE QUILISADIO, donated the money raised through the "Heavy Metal Project", which consisted in the amount of $5,346.00, to Sex Workers Outreach Project-USA.

18.     Sex Workers Outreach Project-USA is a national social justice network dedicated to the fundamental human rights of people involved in the sex trade and their communities, focusing on ending violence and stigma through education and advocacy.

19.     The Plaintiff intended the artwork to bring awareness of the danger of sex workers and to promote the protection of sex workers and use the jewelry as a conversation piece to maintain the memory of the victims in the public domain protecting sex workers.

20.     Family members of some victims supported the "Heavy Metal Project" and participated in the design and advertise of the "Heavy Metal Project."

21.     During the ten (10) months prior to the "Heavy Metal Project," there was a limited news coverage in connection with the victims found on Gilgo Beach.

## New York Post Article and Internet Article

22.     On August 12, 2023, the Defendants published a paper article and internet article called "Haunting jewelry named for Gilgo Beach victims featured macabre murder details" about the Plaintiff, JAMIE QUILISADIO and the "Heavy Metal Project." The paper article and internet article from August 12, 2023, New York Post is attached hereto as **Exhibit "A"** to this Complaint.

23.     On August 12, 2023, the Defendants published an article called "Haunting jewelry named for Gilgo Beach victims featured macabre murder details" about the Plaintiff, JAMIE QUILISADIO and the "Heavy Metal Project" on their digital platform on the internet at the "NYPOST.COM." This internet article is incorporated by reference herein to this Complaint at URL:

https://nypost.com/2023/08/12/gilgo-beach-murder-victims-inspires-ny-jewelry-line/?utm_source=email_sitebuttons&utm_medium=site%20buttons&utm_campaign=site%20buttons

24.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, "found a macabre way to remember the Gilgo Beach murders." This is a false and untrue statement of the facts.

25.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff,

JAMIE QUILISADIO, was "peddling ornate jewelry named for the victims." This is a false and untrue statement of the facts.

26.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, "featured thorns and spikes to evoke the dense thicket where the remains were found." This is a false and untrue statement of the facts.

27.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, used "colors [of the jewelry] match[ed] the nail polish the women wore." This is a false and untrue statement of the facts.

28.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, jewelry used "symbols emulating tattoos cops used to identify their bodies." This is a false and untrue statement of the facts.

29.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, used "[s]cantily clad models showcased the jewelry on the company's website." This is a false and untrue statement of the facts.

30.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff,

JAMIE QUILISADIO, "touted the baubles as 'hauntingly beautiful.'" This is a false and untrue statement of the facts.

31.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, had "a child model a necklace dedicated to the unidentified toddler whose remains were found in 1997." This is a false and untrue statement of the facts.

32.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, "[i]mages of the collection were suddenly removed from the site after The Post contacted the company." This is a false and untrue statement of the facts.

33.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, had "[a] necklace named for Amber Lynn Costello featuring angels and a big stone and thorns on a model [and] [n]ecklaces drew upon details of the victims and the area in which they were discovered." This is a false and untrue statement of the facts.

34.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff,

JAMIE QUILISADIO, that "[a] line of jewelry inspired by the Gilgo Beach murders, as modeled here, featured thorns and spikes as well as stones from Long Island." This is a false and untrue statement of the facts.

35.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, used "[a] necklace dedicated to Valerie Mack, a 24-year-old who went missing in 2000, featured onyx details similar to a ring that was retrieved from her body and includes stones found on Long Island." This is a false and untrue statement of the facts.

36.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Plaintiff, JAMIE QUILISADIO, that the "proceeds, $5,346, are scheduled to go to the Sex Workers Outreach Project, according to Quilisadio, who sent receipts of the purchases to The Post." This is a false and untrue statement of the facts.

37.     In the August 12, 2023 article, the Defendants interviewed the Defendant, JOHN RAY, for the paper article and their digital platform for his comments on the "Heavy Metal Project."

38.     In the August 12, 2023 article, the Defendants reported that the Defendant, JOHN RAY, was an attorney for the families of two of the victims, Shannan Gilbert and Jessica Taylor.

39.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states or implied that the Defendant, JOHN RAY, as the attorney for the families of two of the victims, Shannan Gilbert and Jessica Taylor, was speaking on behalf of the families for Shannan Gilbert and Jessica Taylor. This is a false and untrue statement of the facts.

40.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states that the Defendant, JOHN RAY, stated that "[s]ome of these things are pretty obtusely designed — they're pretty obnoxious." This is a false and untrue statement of the facts.

41.     In the August 12, 2023, the Defendants published a paper article and on their digital platform which states that the Defendant, JOHN RAY, stated "Shannan Gilbert's is a bunch of thorns" and "[t]hat's outrageous." This is a false and untrue statement of the facts.

42.     In the August 12, 2023 article, the Defendants published a paper article and on their digital platform which states that the Defendant, JOHN RAY, stated that "[s]ome of these things are pretty obtusely designed — they're pretty obnoxious," and implied that the Plaintiff "is stupid and slow to understand."  This is a false and untrue statement of the facts.

43.     Prior to the comments by the Defendant, JOHN RAY, he had not personally viewed the jewelry collection known as the "Heavy Metal Project."

44.     At the time he made the comments about the jewelry collection known as the "Heavy Metal Project," the Defendant, JOHN RAY, was not representing the Jessica Taylor family.

45.     The August 12, 2023 NEW YORK POST articles called "Haunting jewelry named for Gilgo Beach victims featured macabre murder details" published by the Defendants was re-published by other news agencies worldwide.

46.     As a result of the August 12, 2023 NEW YORK POST articles called "Haunting jewelry named for Gilgo Beach victims featured macabre murder details" the Plaintiff received death threats.

## V. CLAIMS

### COUNT ONE:
### (DEFAMATION/LIBEL PER SE)
### August 12, 2023 New York Post Article

47.     The Plaintiff, JAMIE QUILISADIO, repeats, reiterates, and re-alleges each and every fact as contained in above paragraphs inclusive of this complaint.

48.     In the August 12, 2023 New York Post paper article and internet article, the Defendants caused the false and untrue statements to be published and distributed throughout the United States and the world.

49.     In the August 12, 2023 New York Post article, paper article and internet article, the Defendants published articles which are defamatory because it

discredited Plaintiff and/or held her up to scorn, hatred, ridicule, or contempt in the minds of a considerable and respectable segment of the community.

50.     In the August 12, 2023 New York Post paper article and internet article, the Defendants published articles that are defamatory *per se*, because it implied that Plaintiff was involved in a disgusting project.

51.     In the August 12, 2023 New York Post paper article and internet article, the Defendants caused the false and defamatory articles to be published with knowledge of its falsity of and/or with a reckless disregard for its truth or falsity.

52.     Alternatively, the Defendants acted with negligent disregard for the truth.

53.     As a result of the acts of the Defendants, the Plaintiff has suffered and continues to suffer harm, including but not limited to damage to her reputation, physical injuries, severe emotional distress, embarrassment, and humiliation, for which she is entitled to recover damages.

**COUNT TWO:**
**(Negligent, Intentional and/or**
**Reckless Infliction of Emotional Distress)**

54.     The Plaintiff, JAMIE QUILISADIO, repeats, reiterates, and re-alleges each and every fact as contained in above paragraphs inclusive of this complaint.

55. The Defendants knew or should have known that their conduct in causing the false and defamatory Paper Articles and/or Internet Articles to be published would cause Plaintiff emotional distress.

56. The Defendants' actions in causing the false and defamatory Paper Articles and/or Internet Articles to be published was extreme and outrageous, beyond all possible bounds of decency.

57. As a result, Plaintiff has suffered and continues to suffer harm, including but not limited to physical injuries, severe emotional distress, embarrassment and humiliation, the nature of which no reasonable person could be expected to endure, and for which they are entitled to recover damages.

## V.
## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for the following relief:

1. On the First Cause of Action, in the amount of Ten Million ($10,000,000.00) Dollars, as compensatory damages;
2. On the First Cause of Action, in the amount of Ten Million ($10,000,000.00) Dollars, as punitive damages;
3. On the Second Cause of Action, in the amount of Ten Million ($10,000,000.00) Dollars, as compensatory damages;
4. On the Second Cause of Action, in the amount of Ten Million ($10,000,000.00) Dollars, as punitive damages;
5. Awarding the Plaintiff the costs of this action; and
6. Granting the Plaintiff such other and further relief as the court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.


Dated:      Huntington, New York
              August 26, 2023

                                     Yours, etc.,
                                     THE CASSAR LAW FIRM, P.C.

                                     /s/ *Christopher J. Cassar, Esq.*
                                     By: Christopher J. Cassar, Esq.
                                     Attorneys for the Plaintiff
                                     13 East Carver Street
                                     Huntington, New York 11743
                                     (631) 271-6596
                                     cjcassar@cassarlaw.com
                                     Cassar File No: 05547

# EXHIBIT "A"

*NEW YORK POST*

LOG IN

Hulking prisoner who escaped by rappelling down N...

Today's Iconic Moment in NY Sports History: Yankees a...

Migrants rave about 'spectacular,' trendy four-star NYC hote...

Ex-NYPD cop charged with tipping off gangbanger...

Gun-toting suspect clipped by Long Island police car...

Ex-professor allegedly stole $45K in jewelry after...

METRO   *EXCLUSIVE*

24

# Haunting jewelry named for Gilgo Beach victims featured macabre murder details

By Deirdre Bardolf

August 12, 2023   8:14am   Updated

**MORE ON:**
**GILGO BEACH MURDERS**

Las Vegas police to test Gilgo Beach murder suspect's DNA for |

Gilgo Beach suspect Rex Heuermann's wife has cancer — and h
lawyer

Inside Gilgo Beach suspect's 'disturbing' behavior before arrest

Ad 2 of 2.

**Judge orders Gilgo Beach murder suspect to submit DNA sampl**

A Long Island company found a macabre way to remember
jewelry named for the victims.

embrace volatility

The 10 necklaces from Long Island-based company Jimmy
Metal Project, and feature thorns and spikes to evoke the d....... ...... ..... ... ..... ..... ....., ......
matching the nail polish the women wore and symbols emulating tattoos cops used to identify their bodies.

"Some of these things are pretty obtusely designed — they're pretty obnoxious," said John Ray, an attorney for
the families of two of the victims, Shannan Gilbert and Jessica Taylor.

"Shannan Gilbert's is a bunch of thorns," said Ray. "That's outrageous."

Scantily clad models showcased the jewelry on the company's website, which touted the baubles as
"hauntingly beautiful."

It even had a child model a necklace dedicated to the unidentified toddler whose remains were found in 1997.
Images of the collection were suddenly removed from the site after The Post contacted the company.

AD


CERTIFIED INTERIOR
DESIGNER · SPACE
PLANNING AND MORE
LEARN MORE ⊙


ideazione

Continue watching
**This Day in History**
after the ad

Ad 2 of 2.



Necklaces drew upon details of the victims and the area in which they were discovered.

jimmytoast.com

Ad 2 of 2.



A line of jewelry inspired by the Gilgo Beach murders, as modeled here, featured thorns and spikes as well as stones from Long Island.

jimmytoast.com

A necklace dedicated to Valerie Mack, a 24-year-old who went missing in 2000, featured onyx details similar to a ring that was retrieved from her body and includes stones found on Long Island.

Jewelry designer Jamie Quilisadio came up with the idea for the project and partnered with the true-crime podcast "The First Degree" in May to launch a necklace along with the episodes on each victim.

"We just want to keep their spirits alive," she insisted. "I definitely never meant for it to seem rude or dark or anything like that."

Ad 2 of 2.



A necklace part of the Gilgo collection from Jimmytoast named after Megan Waterman.

jimmytoast.com



"Some of these things are pretty obtusely designec
Ray, an attorney for the families of two of the victin

Anadolu Agency via Getty Images

The necklaces were priced between $60-$120 and have sir

Ad 2 of 2.

The proceeds, $5,346, are scheduled to go to the Sex Workers Outreach Project, according to Quilisadio, who sent receipts of the purchases to The Post.

"I wanted to use my artwork in a way that I could help bring awareness, and use the necklaces as a conversation piece while also protecting sex workers," she added.

Family members of some victims support the efforts and have been guests on the podcast.



The remains of 20-year-old Jessica Taylor for first found in Manorville and then near Ocean Parkway.

Jeremy Sparig

Ad 2 of 2.



Attorney John Ray (left) and Jasmine Robinson, a cousin of Gilgo murder victim Jessica Taylor, walk into court.

AP



The search for Shannan Gilbert in 2010 led to the Gilgo Beach.

Suffolk County Police

Ad 2 of 2.



Among the multiple sets of remains near Gilgo Beach included those of Amber Lynn
Costello (pictured).

Suffolk County PD/MEGA

"I think it's a great organization that they donated to, and I wish it existed when Jessica was alive because
maybe it could have saved her from what happened," said Jasmine Robinson, cousin of Taylor.

Sherre Gilbert, Shannan's sister, was not previously aware of the fundraiser and called the site "odd," but said
she does not think "anything offensive" was intended.

24        **What do you think? <u>Post a comment.</u>**

The search for Gilbert <span style="color:red">led to the discovery of 10 more bodies</span>
Brainard-Barnes, Melissa Barthelemy, Megan Waterman, a
unidentified woman known as "Peaches" and her 2-year-old
<span style="color:red">nearby Manorville</span>, NY and Karen Vergata in Fire Island.

FILED UNDER   <u>ART</u>,  <u>CRIME</u>,  <u>FIRE ISLAND</u>,  <u>GILGO BEACH</u>,  <u>GILGO B</u>
<u>8/12/23</u>

Ad 2 of 2.

**READ NEXT**        **Post police bureau chief left bruised after unprovoked pun...**

## SPONSORED STORIES

**New York Will Cover the
Cost to Install Solar if You
Live in These Zips**
EasySolar

**Mac Users Didn't Know This Simple Trick To Block All Ads
(Do It Now)**
Safe Tech Tips

**[Story] Father Was
Arrested After Police Saw
This Family Picture - Can...**
FamilyFeed

**Upgrade Your Kitchen!**
195,000 Cabinets in Stock Now. Don't
Miss Out on Unbeatable Prices at...
Cabinets to Go

**The Top 5 Colognes for Men in
2023**
gentlemantoday.co

**Health Enthusiasts Are Ditching**
Protein Shakes For This

Ad 2 of 2.

**Tom Brady's Ex Is Not Staying Silent About Gisele**

TheSportsDrop

**[Photos] At 93, Robert Wagner Finally Openly Spoke about Wife Natalie Wood's Death**

Culturess

**Hands Down One of the Best Cards for Good Credit**

The Motley Fool





**Accused serial killer Rex Heuermann possibly had female helper who 'lured' victims, lawyer claims: 'Act of a mother'**

**Video shows open-air prostitution in yet another NYC neighborhood as hookers stroll in broad daylight**

---

## Conversation  24 Comments

👥 5 Viewing

Share your stance. Please adhere to our guidelines.

Join the conversation

Sort by **Best** ⌄

**William Hayes**                                                  ...

12 August, 2023

They're doing this bs because they know the Post would run a story about anything relating to these murders.

Reply  ·  👍 11  ·  Share

↳ 1 reply

**crusherverdu**

12 August, 2023

She wanted to bring awareness to herself.

Reply  ·  👍 9  ·  Share

**Alex Barry**

12 August, 2023

That purple fedora is offensive.

Ad 2 of 2.

Reply · 👍 15 · Share

↳ 2 replies

**Show More Comments**

Powered by 🔅 OpenWeb                    Terms | Privacy | Feedback

13 People Reacted

# What's your reaction to this article?

    

**Top Notch**     **So-so**     **Next!**

0              0              49

## AROUND THE WEB

**Ted Nugent Has Some Words For Jason Aldean's Small Town Song**
NYPost.com

**Incredible Stories Of Black Soldiers In The American Civil War**
Grunge.com



© 2023 NYP Holdings, Inc. All Rights Reserved | Terms of U...

Ad 2 of 2.

Your California Privacy Rights

ⓦvɪᴘ | Powered by WordPress VIP

**Bone-Chilling Findings Recovered From Doomed Titanic Submersible**
NYPost.com

**Barron Trump's Transformation Is Turning Heads**
NickiSwift.com

**Here's What All Of Taylor Swift's Exes Have Said About Her**
NickiSwift.com

**This Is What Prison Life Looks Like If You're Elizabeth Holmes**
Katiecouric.com

**Mayim Bialik's Stunning Transformation Has Fans Floored**
Looper.com

**Chanel \
Welcom**
Thenerdsta

Ad 2 of 2.

# CERTIFICATION

STATE OF NEW YORK )

                              ss.:

COUNTY OF SUFFOLK )

JAMIE QUILISADIO, being duly sworn, deposes and says:

    I am the Plaintiff in the within action; I have read the forgoing Complaint and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to the matters therein stated to be alleged on information and belief, and as to those matters, I believe it to be true.

JAMIE QUILISADIO

Sworn to before me on this
26 th day of August 2023.

Notary Public

CHRISTOPHER J. CASSAR
Notary Public, State of New York
No. 02CA4987347
Qualified in Suffolk County
Commission Expires Oct. 15, 2002

Civil Action Number:                                               **Year 20\_\_\_**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**JAMIE QUILISADIO,**

**Plaintiff,**

    **-against-**

**NYP HOLDINGS, INC., d/b/a NEW YORK POST,**
**DEIRDRE BARDOLF, JOHN RAY, and**
**JOHN RAY & ASSOCIATES,**

**Defendants.**

**SUMMONS & VERIFIED COMPLAINT**

**THE CASSAR LAW FIRM, P.C.**
**Attorneys for the Plaintiff**
**Office and Post Office Address, Telephone**
**13 EAST CARVER STREET**
**HUNTINGTON, NEW YORK 11743**
**(631) 271-6596**
**cjcassar@cassarlaw.com**

**Signature (Rule 130-1.1-a)**
/s/ *Christopher J. Cassar, Esq.*
By: Christopher J. Cassar, Esq. (**CC9520**)
**Dated: August 26, 2023**

**TO:**